```
IN THE UNITED STATES DISTRICT COURT FOR THE
         EASTERN DISTRICT OF OKLAHOMA
```

MARK JOSEPH LAWLER,            )
                               )
        Plaintiff,             )
                               )
v.                             ) No. CIV-11-152-FHS
                               )
STATE FARM FIRE AND CASUALTY   )
COMPANY,                       )
                               )
        Defendant.             )

## OPINION AND ORDER

On June 13, 2012, the Court authorized Plaintiff's counsel to withdraw from this action and granted Plaintiff thirty days to obtain new counsel or inform the Court if he desires to represent himself in these proceedings. The Court granted Plaintiff an additional thirty days to respond to the Motion for Summary Judgment (Dkt. No. 23) filed by Defendant State Farm Fire and Casualty Company ("State Farm"). Plaintiff failed to inform the Court regarding the representation issue or respond to the summary judgment motion by the respective due dates. Pursuant to Local Rule 7.1(h), the Court entered an order on August 15, 2012, directing Plaintiff to respond to State Farm's summary judgment motion by August 27, 2012. The Court advised Plaintiff that his failure to respond to the summary judgment motion would result in the confession of the motion and the entry of summary judgment in favor of State Farm on Plaintiff's claims. See Local Rule 7.1(h). This latest deadline has passed and Plaintiff has not filed a response to State Farm's summary judgment motion. Consequently, Plaintiff has confessed State Farm's Motion for Summary Judgment (Dkt. No. 23) and State Farm is entitled to the entry of judgment in its favor on Plaintiff's claims for breach of contract and bad

1

faith.  Based on the foregoing reasons, State Farm's Motion for Summary Judgment (Dkt. No. 23) is granted and this action is ordered dismissed in its entirety.

It is so ordered this 28th day of August, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma