IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK JOSEPH LAWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-11-152-FHS |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the court's Opinion and Order Granting Defendants' Motion for Summary Judgment filed simultaneously herein, the Court finds the issues in favor of Defendant and against Plaintiff. Judgment is therefore entered in favor of Defendant on Plaintiff's breach of contract and bad faith claims and this action is, in all respects, dismissed.

Judgment is so entered this 28th day of August, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma